FILED
STATESVILLE, N.C.

APR 10 2013

U.S. District Court
Western District of N.C.



NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** 3/26/2013

**To:** The Honorable Richard L. Voorhees
United States District Judge

**From:** Jason M. Kemp
United States Probation Officer

**Subject:** OMELIAN, Steven
Dkt. No. DNCW512CR00007-001
**REQUEST TO DESTROY SURRENDERED PROPERTY**

---

On 02/05/2013, the defendant was sentenced pursuant to a conviction for Possession of a Firearm in and Affecting Commerce by a Convicted Felon. He was ordered to serve 14 months' imprisonment, followed by two (2) years of supervised release. The defendant's term of supervised release commenced on 03/07/2013. During his initial office visit on 03/13/2013, the defendant informed me that he had some assorted ammunition at his residence that was left by authorities when they arrested him on the instant federal offense. He offered to voluntarily surrender the ammunition and I took possession of it during a home contact later that afternoon. In total, 67 live rounds (assorted calibers) and three (3) spent rounds of unknown caliber were surrendered. The contraband is currently being stored in our Charlotte evidence vault.

It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7617, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_April 2, 2013_  
Signature of Judicial Officer

_Richard L. Voorhees_  
Date